# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**DONOVAN MCCUISTON**  **PLAINTIFF**
**ADC #500372**

**V.**     **CASE NO. 3:20-CV-399-JM-JTR**

**LUTHER HAGLER; DAVID WEST;**
**ARLENE CLEMENTS; CALEB**
**HUMPHREY; and ADAM DAVIS**  **DEFENDANTS**

## ORDER

Plaintiff Donovan McCuiston has not complied with the December 10, 2020 Order directing him to pay the $402 filing fee in full or submit a properly completed application to proceed *in forma pauperis*. *Doc. 3*. The time to comply with this Order has expired. Mail sent to McCuiston at his address of record, the Cross County Detention Center, has been returned as undeliverable, with no forwarding address. *Docs. 4, 5, 6*.

Therefore, this case is dismissed without prejudice due to lack of prosecution. Fed. R. Civ. P. 41(b); Local Rule 5.5(c)(2). It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

IT IS SO ORDERED, this 3rd day of June, 2021.

_____
UNITED STATES DISTRICT JUDGE