UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

DONOVAN MCCUISTON                                                                          PLAINTIFF
ADC #500372

V.                              CASE NO. 3:20-CV-399-JM-JTR

LUTHER HAGLER; DAVID WEST;
ARLENE CLEMENTS; CALEB
HUMPHREY; and ADAM DAVIS                                                          DEFENDANTS

## JUDGMENT

Consistent with the Order entered separately today, this case is dismissed without prejudice. All relief sought is denied, and the case is closed.

IT IS SO ORDERED, this 3rd day of June, 2021.

_____
UNITED STATES DISTRICT JUDGE